UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 6/19/2006

To: United States Court of Appeals
    For the Ninth Circuit
    Office of the Clerk
    95 Seventh Street
    San Francisco, California 94103

ATTN: (X) CIVIL

() CRIMINAL

(X) JUDGE
    RICHARD C. TALLMAN

From: U.S. District Court
    101 12th Ave Room 332
    Fairbanks, AK 99701

DC No: 4:04-cv-00030-RRB    Appeal No: 05-35936

Short title: Government Computer Sales v Dell Marketing

Composition of Record

Clerk's Files in 3 volumes  (X original)  () certified copy

    Bulky docs. ____ volumes, docket # ____
    (folders)

Reporter's in ____ volumes  () original  () certified copy
Transcripts

Exhibits:  in ____ envelopes  () under seal

        in ____ boxes  () under seal

Other: _____

(please note any documents filed under seal)

Acknowledgement: _____  Date: _____
"record.app" [11/21/97]