# RECORDS RETURN

DATE:     January 29, 2007

TO:       UNITED STATES DISTRICT COURT
          District of Alaska (Fairbanks)

FROM:     U.S. COURT OF APPEALS, NINTH CIRCUIT

          BY:  Alice Rosenbach (for Judge Richard C. Tallman)
               (206) 553-6300

TITLE:    **Government Computer Sales v. Dell Marketing**

CA No.    05-35936                    DC No.  4:04-cv-00030-RRB

RECORD(S) RETURNED TO DISTRICT COURT:

TOTAL VOLUMES: 3

3    VOL. CLERK'S FILE(S)

     VOL. REPORTER'S TRANSCRIPT(S)

**Other**:

cc: Steve Seferian, CA09Records Unit, Clerk's Office, San Francisco